AO 91 (Rev. 08/09) Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**FILED**
DEC 8, 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America<br>v.<br>Andrew Mark Southey<br><br>Defendant(s) | Case No. 25-MJ-1040-JFJ<br><br>FILED UNDER SEAL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 1, 2024, to July 31, 2025__ in the county of __Tulsa__ in the
Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) & 2251(e) | Sexual Exploitation of a Child |
| 18 U.S.C. §§ 2252(a)(2) & (b)(1) | Receipt and Attempted Receipt of Child Pornography |
| 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) | Possession of and Access with Intent to View Child Pornography |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:
See Attached Affidavit by FBI Special Agent Brian S. Dean

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian S. Dean, Special Agent, FBI
Printed name and title

Sworn to before me by phone.

Date: 12/8/25

_____
Judge's signature

City and state: Tulsa, OK

Jodi F. Jayne, United States Magistrate Judge
Printed name and title

## Affidavit in Support of an Arrest Warrant
## in the Northern District of Oklahoma

I, Brian S. Dean, being duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation assigned to the Tulsa, Oklahoma Resident Agency. As a Special Agent, my duties include investigating violations of federal criminal law and threats to national security. In addition to formalized training, I have received extensive training through my involvement in an array of investigations working alongside experienced law enforcement officers at both the federal and local level. My investigations include, but are not limited to, drug and gang violations, violent crimes, Indian country violations, counterterrorism, cybercrimes, and crimes against children.

2. Specifically, I have extensive experience working cases involving child pornography and child exploitation in violation of 18 U.S.C. § 2251(a) (Sexual Exploitation of Children – Production of Child Pornography), 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Receipt and Distribution of Child Pornography), 18 U.S.C. §§ 2252(a)(4)(B), (b)(2) (Possession of and Access with Intent to View Child Pornography), and 18 U.S.C. § 2242(b) (Coercion and Enticement). All of these cases have required the review of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. As such, I am familiar with the tactics utilized by individuals who collect, distribute, and or produce child

pornographic material, as well as groom children to participate in sexually explicit conduct.

3. I am familiar with the facts and circumstances of this investigation. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information including information available on the Internet. This affidavit is submitted for the limited purpose of establishing probable cause for the requested warrant and therefore does not set forth each and every fact I or others have learned during the course of this investigation.

4. It is my belief that ANDREW MARK SOUTHEY (DOB: XX-XX-1968; SSN: XXX-XX-6667) (hereinafter "SOUTHEY") has violated 18 U.S.C. §§ 2251(a) and 2251(e) (Production of Child Pornography), 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Receipt of Child Pornography), 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (Possession of and Access with Intent to View Child Pornography), and 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor). Specifically, from in or around October 2024 to in or around July 2025, SOUTHEY communicated with MV through the internet-based communication service, Telegram. Through that communication, SOUTHEY knowingly persuaded, induced, enticed, or coerced sixteen-year-old, MV to engage in sexual activity for which any person can be charged with a criminal offense by using a means or facility of interstate or foreign commerce. SOUTHEY employed,

used, persuaded, induced, enticed, or coerced the same MV to create a visual depiction of sexually explicit conduct, and he received or attempted to receive, as well as possessed or accessed with intent to view, those visual depictions of MV engaging in sexually explicit conduct. These above offenses occurred in the Northern District of Oklahoma and elsewhere.

## Probable Cause

5. In August 2025, FBI Tulsa met with an individual (hereinafter Witness 1) after she filed a report indicating she discovered sexually explicit messages between her 16-year-old child (hereinafter MV) and an individual Witness 1 identified via open-source research as 56-year-old ANDREW SOUTHEY. Witness 1 provided several screen shots of messages she captured from MV's device (non-CSAM), but said it appeared the remaining messages had since been deleted by the subject. These screen shots involved communications between SOUTHEY and MV through Telegram[1]. Several examples are provided below:

**Screen Shot 1**

| MV | theres is decent porn on reddit usually |
|---|---|
| Subject Account | there is? |

---

[1] Telegram is a cloud-based messaging app known for its speed and security features. It allows users to exchange end-to-end encrypted text and multi-media messages, all of which can be deleted at any time "without a trace". Telegram also provides a Secret Chat feature for those "interested in maximum security" which can be programmed to automatically self-destruct messages from all participating devices. Telegram can be installed and used across a myriad of platforms and is marketed as being easily synced across multiple devices so users can, "start typing on one device and finish the message from another" (*Telegram Messenger profile on the Apple App Store - 2025*).

Cloud-based applications store, manage, and process digital data on a network of remote servers hosted on the internet, rather than on local servers or personal computers.

| "Andy" | |
|---|---|
| MV | yea if you like homemade stuff |
| Subject Account "Andy" | love home made |
| Subject Account "Andy" | esp younger stuff |
| Subject Account "Andy" | i actually don't like professional stuff |
| MV | same its too fake |
| MV | how young |
| Subject Account "Andy" | exactly |
| Subject Account "Andy" | your age ish maybe a little younger |
| MV | aw I wish I was younger for u |
| Subject Account "Andy" | you are perfect as you are |
| MV | r u sure |
| Subject Account "Andy" | omg yes |
| Subject Account "Andy" | you are so perfect |
| Subject Account "Andy" | i love it when you show me your body its amazing |

## Screen Shot 2

| Subject Account "dad" | its like i dont want to be grooming you but everyone seems to think i am |
|---|---|
| MV | wdym[2] |
| Subject Account "dad" | well im talking to you and like 10 times your age so to most people that's grooming – [it] doesn't matter the reality they believe you are not capable of making your own choices because you are to young so im at fault no mater what |

## Screen Shot 3

| Subject Account "dad (Symbol)" | Love you |
|---|---|
| Subject Account "dad (Symbol)" | I have DND right now |
| MV | love you moree |

---

[2] I know this is a common acronym for "what do you mean."

| | |
|---|---|
| MV | what would happen if she found out? |
| Subject Account "dad (Symbol)" | I'd be sent to jail |
| Subject Account "dad (Symbol)" | And never be able to talk to you agin |
| MV | [Crying Emoji] |
| Subject Account "dad (Symbol)" | That's why I was asking you to be careful and not keep any of my information that you have |
| Subject Account "dad (Symbol)" | Love you honey |

6. FBI Tulsa then collected and forensically extracted MV's device with consent from Witness 1. During a cursory review, Investigators located approximately eight selfie-style images of an adult male with graying dark hair as well as an image of an erect adult penis. During MV's forensic interview, she identified these images as depicting SOUTHEY. Investigators also located a screen shot of the media exchanged between MV and SOUTHEY on Telegram. The screen shot depicted thumbnails[3] of several items of apparent child sexual abuse material (CSAM) or child pornography. These included sexually explicit images and videos of MV that she sent to SOUTHEY. Investigators were able to locate the images and videos depicted as thumbnails in that screen shot on MV's phone. These images and videos meet the federal definition of child pornography as defined in 18 U.S.C. § 2256. One image depicted MV nude from the waist down (face hidden) with the words "Daddy's Toy" written in black ink above her exposed vagina. "Dad" is the one of the names under which MV saved SOUTHEY's account on Telegram.

---

[3] A thumbnail is a small, reduced-size version of a larger image or video, used as a quick visual preview to help users browse content and quickly identify files.

Investigators also located full versions of the thumb nail videos that MV sent to SOUTHEY. These videos depict MV masturbating with her genitals exposed. In at least one of the videos, a pink heart-shaped toy can be observed in MV's anus, and in at least two of the videos, a pink sparkly brush can be observed being inserted into MV's vagina.

7. While the Telegram communication between MV and SOUTHEY was not preserved on MV's phone, all of the images and videos described in Paragraph 6 have file paths which indicate they were either sent or received via Telegram.

8. In September 2025, MV was forensically interviewed at the Child Advocacy Center in Tulsa, OK. During the interview, MV said she originally met SOUTHEY in October 2024 in a sub-reddit of the internet-based Reddit application. This sub-reddit was dedicated to grooming victims. SOUTHEY was active in the thread and often offered to help minor females who were struggling. MV decided to contact SOUTHEY via his Telegram account @Andyphotog which was listed on his Reddit profile. Over the next several months, MV and SOUTHEY communicated back and forth regularly. MV learned SOUTHEY was approximately 56 years old and was divorced with at least one biological child. He claimed to be a medical professional and freelance photographer. Southey said he was originally from New Zealand but had recently moved from his home in Missouri to Luperon, Dominican Republic.

9. MV said her conversation with SOUTHEY became sexual in nature in or around December 2024 after SOUTHEY made the comment that he thought MV

would look good naked. MV tried to "flirt" back and claimed he could see for himself if he came to visit, but SOUTHEY kept pressuring MV until she gave in and sent him several nude images. After this first incident, MV did not recall SOUTHEY requesting anything in particular, but MV continued to send him images and videos throughout their "relationship" because she was afraid that he would get bored and leave if she did not. In return, SOUTHEY sent MV several pictures of himself. Most of these images were normal selfies, but MV did recall receiving at least one image of his erect penis.

10. MV also said she and SOUTHEY often talked about meeting up in person after he returned to the United States. The plan was never fully developed, but SOUTHEY indicated he wanted to by a van they could live in so when he picked her up, they could travel the country together.

11. MV was shown the aforementioned screenshots provided by her mother, as well as several of the CSAM images and selfie pictures located on her device. MV confirmed all of the messages in the screenshots were between her and SOUTHEY. MV identified herself in the CSAM images and said these images, along with the referenced videos, were produced at her residence and sent to SOUTHEY via Telegram. MV also confirmed the selfie-style photos of the adult male were of SOUTHEY, and that he had also sent her the image of the erect penis.

12. MV lives on South Birch Street in Sapulpa, Oklahoma, which is in the Northern District of Oklahoma.

13. Following the interview, Investigators issued a subpoena to Telegram Messenger Inc. for subscriber information related to target account @AndyPhotog. On 23 October 2025, Telegram responded with documentation which identified the connected phone number as (xxx) xxx-3433 and the last known IP address from which the account was accessed as 38.9.23.233. Based on open-source research and law enforcement databases, the provided phone number is associated with SOUTHEY, and the last known IP address geo-locates to the Dominican Republic, which is not only where SOUTHEY told MV he was located, but also the destination of his last known outbound travel.

14. On December 7, 2025, investigators became aware SOUTHEY was leaving the Dominican Republic and traveling to New Zealand with no known return flights. SOUTHEY's flight plans to New Zealand begin on December 8, 2025, and includes layovers in the United States on December 9, 2025. SOUTHEY maintains citizenships in New Zealand, Canada, and the United States.

## Conclusion

15. Based on the information set forth in this affidavit, I submit there is probable cause to believe that ANDREW MARK SOUTHEY (DOB: XX-XX-1968; SSN: XXX-XX-6667) has violated 18 U.S.C. §§ 2251(a) and 2251(e) (Production of Child Pornography), 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Receipt of Child Pornography), 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (Possession of and Access with Intent to View Child Pornography), and 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor).

Respectfully submitted,

_____
Brian S. Dean
Special Agent
Federal Bureau of Investigation

Subscribed and sworn via phone on the ___8th___ day of December, 2025.

_____
JODI F. JAYNE
UNITED STATES MAGISTRATE JUDGE